**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **Beverly D. Birk** | : | |
| **Marvin W. Birk** | : | |
|     Debtors | : | |
| | : | Case No.: 23-11289-PMM |
| **U.S. Bank National Association. Not in its** | : | Chapter 13 |
| **Individual capacity, but solely as Trustee** | : | |
| **For RMTP Trust, Series 2021** | : | |
| **Cottage-TT-V** | : | |
| | : | |
|     Movant | : | |
| v. | : | |
| | : | |
| **Beverly D. Birk** | : | |
| **Marvin W. Birk** | : | **Motion for Relief from Stay** |
|     Debtors | : | |

**ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    **AND NOW** comes the Debtors, by their Attorney **Thomas W. Fleckenstein** and files the within A**nswer to the Motion for Relief from the Automatic Stay:**

    **1.-5.**    **ADMITTED.**

    **6-9.**    **DENIED.**  Strict proof of this allegation is demanded at time of trial.

    **WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

    *RESPECTFULLY SUBMITTED:*

    /s/ Thomas W. Fleckenstein
**DATE:** October 30, 2023    Thomas W. Fleckenstein, ESQUIRE
    Attorney I.D. No. 307390
    470 Locust Street
    Columbia, PA  17512
    (717) 333-4053