| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11289-PMM**

Marvin W. Birk  
Beverly D. Birk  
1441 Cloverton Drive  
Columbia  PA    17512

Petition Filed Date: 05/02/2023  
341 Hearing Date: 07/11/2023  
Confirmation Date: 10/05/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $213.00 | 1679489 | 09/11/2023 | $267.00 | 1700711 | 10/10/2023 | $247.00 | 1700802 |
| 11/22/2023 | $250.00 | 1700508 | 01/30/2024 | $500.00 | 1708140 | 05/02/2024 | $500.00 | 19557162400 |
| 05/24/2024 | $500.00 | 19557162582 | 07/02/2024 | $250.00 | 19557162751 | 07/31/2024 | $250.00 | 19660483745 |

**Total Receipts for the Period:  $2,977.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $3,432.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $3,313.00 | $3,098.15 | $214.85 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $11,038.71 | $0.00 | $11,038.71 |
| 2 | FAY SERVICING LLC<br>»»  002 | Mortgage Arrears | $5,229.04 | $0.00 | $5,229.04 |
| 3 | MERRICK BANK<br>»»  003 | Unsecured Creditors | $397.65 | $0.00 | $397.65 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $1,084.52 | $0.00 | $1,084.52 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  005 | Unsecured Creditors | $3,599.16 | $0.00 | $3,599.16 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $2,140.48 | $0.00 | $2,140.48 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $1,266.50 | $0.00 | $1,266.50 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $506.00 | $0.00 | $506.00 |
| 9 | MARINER FINANCE LLC<br>»»  09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MARINER FINANCE LLC<br>»»  09U | Unsecured Creditors | $3,922.48 | $0.00 | $3,922.48 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  010 | Unsecured Creditors | $475.33 | $0.00 | $475.33 |

Chapter 13 Case No. 23-11289-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,432.00 | Current Monthly Payment: | $269.00 |
| Paid to Claims: | $3,098.15 | Arrearages: | $435.00 |
| Paid to Trustee: | $333.85 | Total Plan Base: | $9,516.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.