United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11289-pmm
Marvin W. Birk  Chapter 13
Beverly D. Birk
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Feb 27, 2025     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marvin W. Birk, Beverly D. Birk, 1441 Cloverton Drive, Columbia, PA 17512-9446 |
| 14778865 | + | Mariner Fin., 2044 Fruitville Pike, Lancaster, PA 17601-3918 |
| 14778868 | + | Rushmore Loan Management, PO Box 514707, Los Angeles, CA 90051-4707 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 28 2025 01:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 28 2025 01:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 28 2025 01:24:00 | U.S. Bank National Association, not in its individ, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14778858 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:25:00 | Boscovs, PO Box 659622, San Antonio, TX 78265-9622 |
| 14778859 | | Email/Text: cfcbackoffice@contfinco.com | Feb 28 2025 01:24:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 14778861 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2025 00:42:53 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14778860 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2025 00:42:43 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14778862 | | Email/Text: mrdiscen@discover.com | Feb 28 2025 01:24:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 14781512 | | Email/Text: mrdiscen@discover.com | Feb 28 2025 01:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14778863 | | Email/Text: Bankruptcy.Consumer@dish.com | Feb 28 2025 01:24:00 | Dish, PO Box 94063, Palatine, IL 60094-4063 |
| 14778864 | + | Email/Text: bankruptcy.handling@bankeasy.com | Feb 28 2025 01:25:00 | FB&T Mercury, 700 22nd Ave. South, Brookings, SD 57006-2822 |
| 14791463 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 00:43:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14789602 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2025 00:32:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14796543 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 28 2025 01:24:00 | Mariner Finance, LLC, 8211 Town Center Drive, |

Case 23-11289-pmm   Doc 46   Filed 03/01/25   Entered 03/02/25 00:35:24   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Nottingham, MD 21236-5904 |
| 14778866 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2025 00:43:06 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14778867 | ^ | MEBN | Feb 28 2025 00:20:49 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14797761 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:25:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14795557 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:25:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14784918 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2025 01:24:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14783372 | ^ | MEBN | Feb 28 2025 00:20:42 | Rushmore Loan Management Services,LLC, C/O Lauren Moyer, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530-1631 |
| 14778869 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2025 03:07:07 | Syncb/Lowes, PO Box 965003, Orlando, FL 32896-5003 |
| 14778870 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 28 2025 01:24:00 | TBOM/Contfin, PO Box 105555, Atlanta, GA 30348-5555 |
| 14793496 | + | Email/Text: BankruptcyECFMail@mccalla.com | Feb 28 2025 01:24:00 | U.S. Bank National Assoc., C/O Maria Tsagaris, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14795595 | ^ | MEBN | Feb 28 2025 00:20:25 | U.S. Bank National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 27

LAUREN MOYER
    on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
    on behalf of Joint Debtor Beverly D. Birk Tom@TomFleckenstein.com

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Marvin W. Birk Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Marvin W. Birk | |
| Beverly D. Birk | Bankruptcy No. 23-11289-PMM |
| Debtors | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 27, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE